UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Choon's Design LLC,

                              Plaintiff(s),

v.                                                    Case No. 4:22−cv−12963−FKB−APP
                                                      Hon. F. Kay Behm
Anhetoy, et al.,

                              Defendant(s),

_____

**ORDER REQUIRING RESPONSE**

The following document has been filed:

Motion for Reconsideration – #44
IT IS HEREBY ORDERED that Defendants shall file a response to the above document on or before March 1, 2023. The response shall be filed in accordance with E.D. Mich. L.R. 7.1.




                              s/F. Kay Behm_____
                              F. Kay Behm
                              U.S. District Judge



**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/R Loury_____
                                  Case Manager


Dated:  February 15, 2023