## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

CHOON'S DESIGN LLC, a Michigan
corporation,

      Plaintiff,

v.

ANHETOY; *et al*.,

      Defendants.

Case No. 4:22-cv-12963-FKB-APP
Honorable Judge F. Kay Behm
Magistrate Judge Anthony P. Patti

**AMBURN LAW PLLC**
By:   Dean W. Amburn (P46427)
400 Renaissance Center, Suite 2111
Detroit, Michigan 48243
Phone: (313) 612-2111 Office
       (248) 212-2777 Mobile
Email: DWA@AmburnLaw.com
***Attorneys for Plaintiff***

## ORDER OF CONSENT JUDGMENT AND PERMANENT INJUNCTION
## AGAINST DEFENDANT FUNZBO

This matter is before the Court on the stipulation of Plaintiff, Choon's Design

LLC ("Choon's Design" or "Plaintiff"), and Defendant Funzbo.  The Court is

otherwise fully informed in the premises:

**NOW THEREFORE**;

**IT IS HEREBY ORDERED** that entry of a consent judgment and permanent

injunction against Defendant Funzbo is approved.

**IT IS FURTHER ORDERED** that within five days of entry of this order, Funzbo is to pay Plaintiff $30,000.00 by wire transfer to the financial institution identified by Plaintiff's counsel.

**IT IS FURTHER ORDERED** that Funzbo is, together with any of its agents, servants, employees, and attorneys, and such other persons in active concert with them who receive actual notice of this order, **PERMANENTLY ENJOINED** from infringing U.S. Patent No. 8,899,631 (the '631 patent) owned by Choon's Design. The permanent injunction includes making, using, selling, offering to sell, or importing into the United States: a) kits of one or more Y-looms (a.k.a. mini-looms) and rubber bands; or b) kits including rubber bands and at least one of clips and hooks for possible use with a Y-loom (the "Accused Products").

**IT IS FURTHER ORDERED** that within 10 days of this order, Funzbo will destroy or have others destroy any remaining inventory of the Accused Products, at its own cost.

**IT IS FURTHER ORDERED** that Funzbo is, together with any of its agents, servants, employees, and attorneys, and such other persons in active concert with them who receive actual notice of this order, **PERMANENTLY ENJOINED** from infringing U.S. Trademark Registration 4,714,893 (the '893 Registration) for "RAINBOW LOOM," owned by Choon's Design.

**SO ORDERED**.

2

Dated:  July 7, 2025                <u>s/F. Kay Behm</u>
                                        F. Kay Behm
                                        United States District Judge